UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN L. HENDRICKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK E. CUTHBERTSON, *et al.*<br><br>　　　　Defendants. | Case No. 07-5692 BHS/KLS<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |

Before the Court is Plaintiff's motion for appointment of counsel. (Dkt. # 9). Having reviewed the motion and balance of the record, the Court finds for the reasons stated below that Plaintiff's motions should be denied.

**I. DISCUSSION**

There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe,* 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Wilborn*, 789 F.2d at 1331. Neither of these factors is dispositive and both must be viewed together before reaching a decision on request of counsel under Section 1915(d). *Id*.

ORDER - 1

1     Plaintiff has demonstrated an adequate ability to articulate his claims *pro se* and has not
2 demonstrated that the issues involved in this case are complex or that he has had any difficulties in
3 expressing them. (Dkt. # 4, 5).   Plaintiff has not demonstrated that there is a likelihood of success
4 on the merits of his claims.
5     Accordingly, the Court finds that counsel is not necessary in this case and Plaintiff's motion
6 to appoint counsel (Dkt. # 9) is **DENIED**.
7     The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.
8     DATED this  4th  day of March, 2008.

                                                             Karen L. Strombom
                                                             United States Magistrate Judge

ORDER - 2