UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN L. HENDRICKSON.

    Plaintiff,

    v.

FRANK E. CUTHBERTSON, *et al.*,

    Defendants.

Case No. C07-5692 BHS/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, and no objections having been filed, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is **DISMISSED WITHOUT PREJUDICE** pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994); and

(3)     The Clerk is directed to send copies of this order to Plaintiff and to the Hon. Karen L. Strombom.

DATED this 26th day of March, 2008.

                                                 BENJAMIN H. SETTLE
                                                 United States District Judge

ORDER