# United States District Court

## WESTERN DISTRICT OF WASHINGTON

KEVIN L. HENDRICKSON

      v.

FRANK E. CUTHBERTSON, et al.,

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5692BHS/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE** pursuant to *Heck v. Humphrey,* 512 U.S. 477 (1994).

    March 27, 2008    
Date

    BRUCE RIFKIN    
Clerk

    *s/CM Gonzalez*    
Deputy Clerk